**Jerry BECK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 103206**

Missouri Court of Appeals,
Eastern District,
**DIVISION FOUR.**

Filed: February 14, 2017

Kent E. Gipson, 121 East Gregory Boulevard, Kansas City, Missouri 64114, for Appellant.

Josh Hawley, Christine Katherine Lesicko, 221 West High Street, P.O. Box 899, Jefferson City, Missouri 65102, for Respondent.

Before James M. Dowd, P.J., Kurt S. Odenwald, J., and Gary M. Gaertner, Jr., J.

### ORDER

PER CURIAM

Jerry Beck appeals the denial of his motion for post-conviction relief following an evidentiary hearing. Beck alleges three claims of ineffective assistance of counsel: 1) trial counsel failed to object and request a mistrial during the State's opening statement and during trial when the State presented inadmissible evidence of uncharged misconduct; 2) appellate counsel failed to assert on direct appeal that the trial court erred in admitting inadmissible and prejudicial prior bad act evidence; and 3) appellate counsel failed to raise on direct appeal the trial court's error in overruling Beck's motion to suppress and admitting statements made by him to the police that were unconstitutionally obtained. Finding no clear error, we affirm.

An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).